NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000378**
**02-MAR-2026**
**09:45 AM**
**Dkt. 97 ODMR**

NO. CAAP-24-0000378

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEBRA A. WEEKS, Plaintiff-Appellee, v.
EUGENE WARNER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH & SOUTH HILO DIVISION
(CASE NO. 3DRC-24-0001042)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakasone, Chief Judge, Leonard and Wadsworth, JJ.)

On February 3, 2026, the Intermediate Court of Appeals entered the Order Dismissing Appeal. On February 25, 2026, Defendant-Appellant Eugene Warner (**Warner**) filed "Notic [sic] of Order from Republic's Notarial Protest Court to Hawaii Democracy's De Facto Tribunal to be Reviewed En Banc," which is difficult to discern, along with an exhibit and a Proof of Service.

In light of the procedural posture of this case, and upon review of the February 25, 2026 submissions and the entire record on appeal, we construe these submissions as requesting reconsideration of the February 3, 2026 Order Dismissing Appeal.

Warner's request for reconsideration is untimely. See Hawaiʻi Rules of Appellate Procedure Rule 40(a). Therefore, IT IS HEREBY ORDERED that Warner's request for reconsideration, as

well as any other relief requested in the February 25, 2026

submissions, are DENIED.

DATED:  Honolulu, Hawaiʻi, March 2, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge